IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | No. 04 C 3662 |
| | ) | |
| Plaintiff, | ) | Judge James B. Moran |
| | ) | |
| v. | ) | |
| | ) | |
| TPM PLUMBING, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OF JUDGMENT

On June 29, 2006, Judgment was entered in favor of Plaintiff/Judgment Creditor, JAMES T. SULLIVAN, not individually but as Trustee of the PLUMBERS' PENSION FUND LOCAL 130, U.A., et al., and against Defendants/Judgment Debtors, TPM PLUMBING, INC. and THOMAS D. McGINNIS d/b/a TPM PLUMBING, INC., jointly and severally, in the amount of $211,918.86.

ENTER:

Date: 7/6/06

Hon. James B. Moran
United States District Court

Attorney for Plaintiff/Judgment Creditor:
Lisa M. Simioni
Lewis, Overbeck & Furman, LLP
135 S. LaSalle Street, Suite 2300
Chicago, IL 60603-4274
(312) 580-1200

